AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4-22-CV-254

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EQUIFAX INFORMATION SERVICES LLC
was received by me on *(date)* 08-08-2022.

☒ I personally served the summons on the individual at *(place)* Corporation Service Company 505 5th Ave Suite 729 Des Moines, IA 50309 on *(date)* 08-08-2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/13/2022

*Server's signature*

DeMarcus Marquel Williamson
*Printed name and title*

1173 Prairie View Drive Apt 7320F WDM, IA 50266
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X _[signature]_ ☐ Agent ☐ Addressee

**B. Received by (Printed Name):** [illegible]

**C. Date of Delivery:** 8 8 22

1. Article Addressed to:

Corporation Service Company
505 5th Ave Suite 729
Des Moines, IA 50309

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[Postmark: SOUTH DES MOINES, IA 50315, AUG 08 2022]

9590 9402 5661 9308 1428 61

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for...

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt



USPS TRACKING #

9590 9402 5661 9308 1428 61

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

DeMarcus Marquel Williamson
1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266

